Monzer Al-Kassar, #61111-054
United States Penitentiary
P.O. Box 1000
Marion IL 62959
May 2, 2022

Clerk of the Court
U.S. District Court SDIL
301 W. Main Street, 1st Floor
Benton IL 62812

Via:  Cert. USPS No. 7021 2720 0001 8199 0186

Re:  Civil Rights Complaint

Greetings:

    Please recognize for filing a lawsuit regarding the above referenced matter.  ALSO, I have ordered payment of $402.00 to cover the cost of filing which shall be provided to you under separate cover from the U.S. Treasury. See a copy of my order which is enclosed for your kind attention.

    Once this matter has been filed, please be so kind to send me a PACER receipt, and a stamped first page of this Complaint (a copy of the first page of this Complaint is enclosed) at your earliest possible convenience of that filing.

    Thank you for your prompt attention to this matter.

                                        Sincerely,

by: _____
Monzer Al-Kassar, #61111-054
United States Penitentiary
P.O. Box 1000
Marion IL 62959

encls.
cc: file

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Monzer Al-Kassar,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiff,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )    Case No. __22-984-JPG__
　　v.　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
Dan Sproul, Warden,　　　　　　　　　　 )
Jeffrey Graeber,　　　　　　　　　　　　)
CTU, and　　　　　　　　　　　　　　　　)
United States of America,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　 )    Sent By U.S. Postal Service
　　　　Defendants.　　　　　　　　　　　)    CERTIFIED MAIL RECEIPT NUMBER
　　　　　　　　　　　　　　　　　　　　 )    7021 2720 0001 8199 0186

CIVIL RIGHTS COMPLAINT

INTRODUCTION

1) This is a CIVIL RIGHTS ACTION filed by Monzer Al-Kassar, a federal prisoner, for damages and injunctive relief via the United States Constitution, Art. III and IV and VI and Eighth Amendment; United States Statutes 28 USC § 1331 in that this action ARISES under the United States Constitution; and,

JURISDICTION

2) Jurisdiction of the Court is invoked pursuant to Bivens and pursuant to 28 USC § 1393(a)(3) in that this ACTION seeks to redress the deprivation, under color of state law, rights secured by Acts of Congress providing for EQUAL RIGHTS pf persons within the jurisdiction of the United States; and,

3) Plaintiff filed Issue under "Petition For A Writ Of Habeas Corpus Via 28 USC § 2241" (No. 3:21cr1496-NJR), filed November 21, 2021 and DISMISSED without prejudice on April 1, 2022; and, As part of "FEDERAL QUESTION" this action is to INVOKE BIVENS Restrictions to deter individual federal officers from CONTINUING to commit Constitutional VIOLATIONS; and Plaintiff has EXHAUSTED ADMINISTRATIVE REMEDIES; and,

PARTIES

4) Plaintiff, Monzer Al-Kassar, is incarcerated at the United States Penitentiary Marion (Communications Management Unit/ Counter Terrorism Unit (CMU/CTU)), 4500 Prison Road, Marion, Illinois 62959, and is the Complainant, Injured/Damaged Party, Victim, Witness for EVENTS of this Complaint; and,

5) Defendant, Dan Sproul, is Warden at USP Marion (CMU), 4500 Prison Road, Marion, Illinois 62959, who is directly responsible for PROTECTING the Plaintiff's Constitutional RIGHTS while in HIS custody; and,



Page 1 of 4

6) Defendant, Jeffrey Graeber, is dba Analyst at a Remote Site in West Virginia whose best contact information is Counter Terrorism Unit, 320 First Street, NW, Washington, district of Columbia 20534; and, He believes he has the AUTHORITY to suspend or suppress Plaintiff's CONSTITUTIONAL RIGHTS by Obstructing his ability to exercise FREE SPEECH INTEREST(s) secured via the U.S. Const. Amendment 1. Jeffrey Graeber procures obstruction(s) by interferring with Plaintiff's mail PRODUCTS and EMAIL transmissions to endeavor that they are not DELIVERED to their DESTINATIONS; and,

7) Defendant, CTU, is the Internal Research Specialist (IRS) who is responsible to certify/verify that communications submitted for delivery are not formed for illicit, illegal or criminal ACTIVITY(s); she, too, works at USP Marion (CMU), 4500 Prison Road, Marion, Illinois 62959; and,

8) Defendant, United States of America, is Supervisor over all DEFENDANTS, responsible for their ACTS which offend the Laws of United States and Treaties under the Constitution of the Untied States; holding office at 320 First Street, NW, Washington, district of Columbia 20534; and,

9) ALL DEFENDANTS are SUED in HIS/HER individual capacity; and,

10) ALL DEFENDANTS have Acted and are ACTING, continuely under color of State Law at all times RELEVANT to this COMPLAINT; and,

## FACTS

11) Per INSTRUCTION of Judge NANCY J. ROSENSTENGEL, Chief U.S. District Judge; the tracking of these events are submitted for REDRESS/REMEDY; and, See Court Order No. 3:21cv1496; See EXHIBIT #1A - 1D; and,

12) MONZER AL-KASSAR, Victim/Witness, Injured Party, avers RESPONDENTS have supressed his speech in violation of the First Amendment by refusing to send HIS outgoing mail to an APPROVED Contact (RECIPIENT); obstruction does EFFECT confinement and conditions of confinement; and,

## DENIAL OF DUE PROCESS

13) MANDATORY NOTICE: Take "MANDATORY NOTICE" of Amendment 1 in the U.S. Constitution which safeguards Freedom of Speech ... and "RIGHT" of the PEOPLE, PEACEABLY, to ASSEMBLE; Whereas the CONTRACT secures REDRESS upon "GRIEVANCES," and, These contracts are protected property INTERESTS which can not be abridged. Id. U.S. Const. Art. 5 and Amendment 14; and,

14) DEFENDANTS, seemingly, IGNORE or do not know that their Policy(s), Rule(s) must be in harmony with the U.S. Constitution; and, That their Policy(s), Rule(s) could never trump the customs that created them, such as Constitutional Standards providing for the "law of the land"; and, Whereby, due process, is the Barrier protecting Plaintiff's RIGHTS/INTERESTS, RESPONDENTS have schemed through acts of covin, collusion and conspiracy to REPUDIATE term(s) as written in the Contract (CONSTITUTION); and,



15) DEFENDANTS have replaced term(s) of the Constitution with home (company, franchise, agency(s)) spun stipulation(s) which trumps in reign of AUTHORITY; and, To note; and, A Program Statement 5214.02, could NEVER trump dictates written in the Constitution; and, Yet; DEFENDANTS rely on their Program Statements to vitiate the Constitution's term(s); and, Force Plaintiff to enjoin in their constitutional infractions and abrogations as if the CONDUCT was legal and the norm; and, This, in turn, results in, heretofore, injuries/damages as complained about on this issue; and,

16) Specifically:  On November 16, 2020; Plaintiff submitted mail to CTU, for forwarding to United States Postal Services Agency, to be delivered to Robert Smolders, KRUITPAD 2 MUIDEN-NETHERLANDS; and, Robert Smolders is an APPROVED Contact on Plaintiff's list and they've been communicating or corresponding with one another for more than 10 years; and Plaintiff follows DEFENDANTS' Rule(s) to be within their set guides; See EXHIBIT #2A - 2E; and,

17) Robert Smolders, is Director of Plaintiff's Social Media Account in the Netherlands; and, Plaintiff's Account's audience is inclusive of Syrian People (Plaintiff's homeland is Syria), and Supporters; and,

18) Plaintiff was mailing a letter to Robert Smolders to post on HIS Facebook Account to wish his followers a Merry Xmas and Happy New Year; something that the Plaintiff has done for years, since having the account; and,

19) DEFENDANTS have not given NOTICE of any NEW Policy(s) which could effect Plaintiff's CONTRACTUAL relationship; nor, have DEFENDANTS provided any NOTICE(s) that their Program Statement(s) have changed, such that it could affect Plaintiff's communication(s) and right to PEACEABLY assemble with LOVED-ones; and, The callousness towards Plaintiff, leaves him feeling depleted and empty; and, Overall, the emotional stress is unbearable; and,

20) DEFENDANT, Dan Sproul, signed a "RETURN CORRESPONDENCE" form, 12/10/2020, containing Robert Smolders' name and informing Plaintiff that the mail was a PROHIBITED transaction, a Xmas Greeting; and, A PROHIBITED TRANSACTION; and, Dan Sproul's REJECTION is, allegedly, secure via Title 28 CFR § 540, except, Plaintiff doesn't see where this code trumps the Constitution either; See EXHIBIT #3; and,

21) When Plaintiff complained about what was done through the grievance process, he received the RUN-AROUND, DOUBLE-TALK, and ONEROUS response(s) by those whom he thought were responsible for PROTECTING his INTEREST(s); and, Herein, the covin to DENY protected LIBERTIES encapsulates the Denial of Due Process interest(s); giving RISE to this "Account Stated (CLAIM)"; and,

22) Locally, Dan Sproul, Warden at USP Marion, did not offer any MATERIAL EVIDENCE that my correspondence was hateful, mean-spirited or that there was some criminal element involved; he resigned to say that my letter was third party communication per PS 5214.02 and prohibited; and Regionally, Barb von Blanckensee, dba Regional Director, referred to Plaintiff's mail as CONTRABAND; and, Even after the TRANSACTIONS, there was no determination of illicit, illegal or criminal behavior being expressed; and, Nationally, Ian Connors, Administrator National Inmate Appeals, he, took the easy way out and sided with the Warden and Regional Director; and, At each level, Plaintiff's APPEALS were denied; and, See REPUDIATION on Contract; See EXHIBITS #4, 5, and 6; and,

23) <u>Again</u>, Plaintiff has Exhausted all Administrative Remedy(s); and,

## CLAIMS FOR RELIEF

24) All above paragraphs are restated for cause; and,

25) Prisoners have a First Amendment RIGHT to "be free from governmental interference with [their] contracts,"

26) When a prison has Censorship Procedures in place, and then, disregards them, officials' failure to abide by established procedures and standards can evince an "improper objective." Plaintiff, here, should've at least received a NOTICE and an opportunity to be heard.

27) Retaliation is PROFFERED, as well; and, Plaintiff's belief is that he is a target for prior efforts to litigate when he has been done wrong by government agents and employees; and,

## RELIEF REQUESTED

A) Issue an INJUNCTION ordering DEFENDANTS CTU, Warden Sproul, Graeber to cease and desist from mail and correspondence suppression, obstruction(s) where items are safe and pose no threat and are protected speech; and,

B) Award compensatory damages jointly and severally against ALL DEFENDANTS listed on Page 1.

So [ORDERED]

April 29, 2022

Respectfully Submitted,

Monzer Al-Kassar
Victim/Witness/
Injured Party

EXHIBIT 1A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONZER AL-KASSAR,

  Petitioner,

v.

D. SPROUL and JEFFREY GRAEBER,

  Respondents.

Case No. 3:21-CV-1496-NJR

## JUDGMENT IN A CIVIL ACTION

DECISION BY THE COURT.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order dated April 1, 2022 (Doc. 4), this entire action is DISMISSED without prejudice.

DATED: April 1, 2022

           MONICA A. STUMP,
           Clerk of Court

           By: s/ Deana Brinkley
             Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge

EXHIBIT 1B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONZER AL-KASSAR, | |
| Petitioner, | |
| v. | Case No. 3:21-CV-1496-NJR |
| D. SPROUL and JEFFREY GRAEBER, | |
| Respondents. | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Petitioner Monzer Al-Kassar, an inmate incarcerated at U.S. Penitentiary Marion, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. (Doc. 1). In the Petition, Al-Kassar alleges Respondents have suppressed his speech in violation of the First Amendment by refusing to send his outgoing mail to an approved recipient on his mailing list, thereby affecting his conditions of confinement. (*Id.* at p. 2). As relief, Al-Kassar asks the Court to order Respondents to cease and desist from suppressing his First Amendment right of free speech and to allow his correspondence to be mailed pursuant to Bureau of Prisons' policy. (*Id.* at p. 8).

This matter is now before the Court for preliminary review. Rule 4 of the Federal Rules Governing Section 2254 Cases in United States District Courts provides that upon preliminary consideration by the district judge, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Rule 1(b) gives this Court the authority to apply the rules to other habeas corpus cases.

Case 3:22-cv-00984-JPG   Document 1   Filed 05/10/22   Page 8 of 20   Page ID #8
Case 3:21-cv-01496-NJR   Document 4   Filed 04/01/22   Page 2 of 3   Page ID #29

EXHIBIT 1C

A petition seeking habeas corpus relief is appropriate under 28 U.S.C. § 2241 when a prisoner is challenging the fact or duration of confinement. *See Valona v. United States*, 138 F.3d 693, 694 (7th Cir. 1998). Section 2241 cannot be used to challenge the conditions of confinement. *Glaus v. Anderson*, 408 F.3d 382, 386-87 (7th Cir. 2005). If a prisoner is not challenging the fact of his confinement, but rather seeks redress for a violation of constitutional rights by a person acting under the color of federal authority, he must bring the claim in an action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

While courts have, in the past, construed a mistakenly labeled habeas corpus petition as a civil rights complaint, the Seventh Circuit Court of Appeals has made it clear that this practice is improper. *Bunn v. Conley*, 309 F.3d 1002, 1007 (7th Cir. 2002). As such, this Court will not re-characterize the instant habeas petition as a civil rights action, and it offers no opinion regarding the merits of Al-Kassar's claim.

Because Al-Kassar is not challenging the fact or duration of his confinement, it is plainly apparent that he is not entitled to relief under § 2241. Accordingly, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to enter judgment and close this case.

NOTICE

If Petitioner wishes to appeal this Order, he must file a notice of appeal with this Court within with this Court within the time allotted in Federal Rule of Appellate Procedure 4(a)(1). Petitioner must list each issue he intends to appeal in the notice of appeal and his motion for leave to appeal *in forma pauperis*, if he chooses to file one. See

Case 3:22-cv-00984-JPG   Document 1   Filed 05/10/22   Page 9 of 20   Page ID #9
Case 3:21-cv-01496-NJR   Document 4   Filed 04/01/22   Page 3 of 3   Page ID #30

EXHIBIT 1D

FED. R. APP. P. 24(a)(1)(C). If Petitioner chooses to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. See FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than 28 days after the entry of the judgment, and this 28-day deadline cannot be extended. Other motions, including a Rule 60 motion for relief from a final judgment, do not toll the deadline for an appeal.

IT IS SO ORDERED.

DATED: April 1, 2022

*[signature: Nancy J. Rosenstengel]*

NANCY J. ROSENSTENGEL
Chief U.S. District Judge

EXHIBIT 2A

```
MONZER AL-KASSAR
#61111-054
U.S. PENITENTIARY
P.O. BOX 1000
MARION IL 62959
     U.S.A.
```

MoNDAY November 16, 2020



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage $
Total Postage and Fees $ 6.05

Sent To: Mr. Robert Smolders
Street and Apt. No., or PO Box No.: KRUITPAD 2
City, State, ZIP+4: MUIDEN - NetherLands

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

-3-

[صفحة مكتوبة بخط اليد باللغة العربية - غير مقروءة بوضوح]

-2-

رغبت فيه الملحقات الإماراتية الجديدة العاهرة مع كتبه آل سعود
كتبك رئيس تحريرها موجزاً نقداً عاهراً وغير محمود للقيادة الفلسطينية
وتساءل "فيصل عباس" قائلاً: "... متى يتعلمون أنه في
كي سرة يبدرون فيك عبطاوله المفاوضات تصبح الكعكة المُعَرَّة"
حتى أن "بندر بن سلطان"؟ السفير السعودي السابق في واشنطن
تطاول على القيادة الفلسطينية والفلسطينيين عبر قناة العربية
حيث ادعى أنهم يُفَجِّلُون بمنعه من ردوده على أسئلة تتعلق برد
الفلسطينيين على اتفاقيات التطبيع التي وقعتها الإمارات
والبحرين مع الصهاينة حيث قال:
"... إن ردهم الجبر عليك ليس مقبولاً فقط ولكنه مؤلم"
وأضاف أن اللغة الرطبة التي صدرت من الفلسطينيين
لم تتم استغفرالك يا بندر إنهم يتهمونك ويصفون البعض بهذه الطريقة
جئتُ يا بندر بعادتك بالغدر والعمالة شاهدة عليك!
نعم ـ على الإدارة الأمريكية الجديدة برئاسة "بايدن"
سيركبها قانونياً وفلسفياً ـ وأدبياً أن تقوم فوراً
بسحب قواتها الغاصبة وجواعدهم من كل أرض السورية
وبسحب منابع النفط السوري والغاز وحرماتها الشعب
السوري من ثروته الطبيعية ليظفر، النيك الصادق
والغاء كل قرارات ترامب الجائرة بعقوبات ـ وغيرها ـ
ضد سوريا وأنه يندد راجعاهله رئم اكولات للكيان الصهيوني
لبناء علاقات واضحة ـ عادلة ـ وتسليم ما تبقى
من الجولان في الإدارة الأمريكية السابقة ضد سوريا شعباً وقيادة
قد بدأ يصدر إنتيال هذا هو من فضيلة؟
أتريد ذلك للعقبات القادمة لتحقيقك والبارئ ليشهد

-1-

هل هي بوادر نهاية الديمقراطية الأمريكية
ونهاية المادة الأولى من الدستور الأمريكي في حرية التعبير وحرمة
نعم أبدأت تتلاشى يوماً بعد يوم ـ أتوكل للوقت ليحكم عليك.
هل كانت هذه المادة بعد الدستور الأمريكي الـ "الكواك المُحَدَّر"؟
شعوبهم وبعض شعوب العالم الخارجي بحيث بدا مفعول المحدّر
يفقد مفعوله يوماً بعد يوم!
آمل وأدعو أن تكون الإدارة الأمريكية الجديدة بعد
تجاوز المشاكل به في الانتخابات من قبل ترامب وزمرته ـ
أن تكون أكثر عقلانية من الإدارة "الصهيونية الترامبية السابقة"
الفاسدة والحاقدة حيث استخدمت لتشويه الأجانب والطائفة سواء
كانوا عرباً أو مسلمين في حملاتهم الانتخابية وقد رأت هذه الحقبة
سوداء التي حكمت لسنوات وعززت هذه السياسات إلى مستوى خطير
بدد الأمن الدولي وعزز التعصب بأهل البلاد الأصليين حيث أضاف
الكونغرس الشرطة الفيدرالية إلى المناطق التي يعيش فيها مرحب مجرمي عنقه
حيث قال أحد أعضاء هذا الكونغرس: "... لا يريد أي نكاية أخرى لأمريكا"
[الصهيونية]"
نعم آمل هذا التعصب ـ العداوة ـ تزوير الحقائق والطائفية ـ
واختلاس الحد العدوي - للسوري والفلسطيني في القدس والجولان
وتقديمك لقمة سائغة على طبق من ذهب للكيان الصهيوني
بأنه يزول بانتهاء حكم ترامب وإدارته الصهيونية الفاسدة ـ
التي زورت الحقائق وأتركُ هذا للوقت ـ والزمان الكادم ليحكم عليك!
نعم! إن الإدارة الترامبية المأجورة هي التي سهلت ودعمت ـ
أنصاف الرجال ممالك وأمراء الخليج ينزع عقالهم ـ وإنبطاحهم
وراء سلام واهم وتطبيع عاهر مع آل صهيون!
والأعجب بمَن ذلك أن "آراب نيوز" السعودية قامت بنشر افتتاحية
تابع صفحة 2 ←

EXHIBIT 2C



THIS IS, TO THE BEST OF MY KNOWLEDGE, THE ENGLISH TRANSLATION FOR THE THREE (3) ARABIC PAGES ATTACHED.

Page 1

Are these signs the end of the American democracy ... and the end of the First Amendment of the American Constitution for free speech?

Yes!! It's gradually fading day after day ... time will tell.

The First Amendment in the American Constitution was the (crack) for their people and for the outside world, but it's wearing off day by day!

I hope and pray for the newly elected administration which was contested by Trump and his groups ... to be wiser than the previous "zeal of Trump's corrupt administration" which was full of hatred and used to smear foreigners and the facts in their election campaign regardless being Arabs or Muslims, which is the black spot of their governing, and went on for quite some time, taking their diplomacy to the extreme end, jeopardizing the global security, emboldening bigotry when the Congress added the Arab Orient to the list restricting immigrants. And one member of the Congress said, "We don't need another Syrian trash in America."

Yes. I pray for that bigotry ... animosity ... alternative facts ... bullying ... and embezzling the Arab rights ... and the Syrian and the Palestinian rights in the Golan Heights and Jerusalem, which was presented to the Zionists as morsel tidbits on a silver platter. I wish for this to be rectified, and to put an end to the Trump corrupted zio. administration who fabricated facts ... I leave it for the coming time for judgment!!

Yes! The Trump defeated administration is the one who paved and supported not real men from kings ... and the Gulf rulers taken their pride ... make them crawling behind delusional peace, whoredom normalizing with the zio.!

And more than that, Saudi "Arabian News" published editorial

Page 2

welcoming the new Arab Emirates new relation with the whoredom zio, being written by the Editor-in-Chief, "Faisel Abbas," criticizing whoredom and unpresented to the Palestinian leadership, saying, "... When are they going to learn their lesson? And everytime they walk away from the negotiation, the cake will become smaller." Also, "Bander Ben Sultan," the former Saudi Arabian ambassador in Washington, insulted the Palestinian leadership and the Palestinians via the Arabia TV channel without feeling any shame in his responses to some questions about the reaction of the Palestinian towards the pacts and normalization which was signed by the Emirates and Bahrain with the zio. saying, "... their bitter reply for these pacts is not only not accepted, but rejected, adding he was not surprised by the vulgar language said by the Palestinians because this is the way they go with each other." Hey Bander? Being agent and traitor shows your character!

Yes. For the new American administration headed by President "Joe Biden" legal responsibility ... morally ... and courtesy, he must immediately withdraw his occupied forces and the military bases from the Syrian soil and from Syrian refineries and gas which deprives the Syrian people of their own resources, for him to show his good intention and to cancel Trump's sanctions and orders which were

oppressive ... and others against Syria and oppose the zio occupation of the Syrian Golan Heights. For him to rebuild transparent relations ... just ... and to amend what being badly done by the former American administration against Syria, people of Syria, and the leadership, "because admitting wrongdoing is virtue."

I leave it for the time to come to achieve it and for the history to be reported.

Page 3

Now to end it sweetly to the followers of my Facebook page ... free world ... relatives ... friends ... and to everyone who is really supporting me during my struggle ... and to my great homeboys in Syria who are my rock and emboldening me in my resistance, and I apologize to those I could not answer, from near and far, because of my restrictions, telling them: "... I hear you and your prayers ..." from every corner in Syria and their mosques ... churches ... and their gathering, especially in al-Khalamoon Zone and their resistance, my family and my loved ones in "Nabk Zone" which is known for raising heros who stood up tall in the face of the conspiracy and gave everything to Syria to stay tall, people of Syria, and leadership ...

"I'm sure victory from God is soon!"

Happy New Year for you, also Syria protected by God, and very Merry Christmases.

From your son, the political hostage at the whoredom American prison unjustly with oppression ...

Monzer Mohamed Alkassar
"Abu Monawar"

Written on Monday, November 16, 2020 hoping to reach you before the end of the year because of the delay and the approval to be released.

EXHIBIT 3

BP-S327.058  **RETURNED CORRESPONDENCE**  CDFRM2
MAY 94
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO: | FROM: |
|---|---|
| Monzer Al Kassar #61111-054 | UNITED STATES PENITENTIARY |
| USP Marion P.O. Box 1000 | P.O. BOX 2000 |
| Marion, IL 62959 | MARION, IL  62959 |

| RE: | DATE: |
|---|---|
| Robert Smolders | December 10, 2020 |

SUBJECT:  Correspondence being Returned

Your correspondence to the above-named individual is being returned. This correspondence was not delivered because:

Your correspondence contains a message intended for other individuals who are not the addresses of your correspondence. Specifically, you have instructed parts of your correspondence to be forwarded to your supporters in Syria and/or published on your social media. Correspondence sent with the intent of it being forwarded to a third party is prohibited.

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on correspondence as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence. You have the right to appeal this rejection by writing the warden in care of the above address. The inmate to whom you addressed your correspondence has been notified this correspondence has been returned to you and of his or her right to appeal the rejection.

D. Sproul, Warden

(Printed or Typed Name and Written Signature of the Warden)

Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File (with copy of Correspondence)

(This form may be replicated via WP)                    Replaces BP-327(58) of FEB 84

EXHIBIT 4

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**Administrative Remedy**
**Part B - Response**

---

**Administrative Remedy Number**: 1065509-F1

---

This is in response to your Administrative Remedy receipted January 20, 2021, wherein you claim your mail was not third party. For relief, you request for your Constitutional rights be respected and for your writing to go out.

A review of the matter reveals your correspondence contains a message intended for other individuals who are not the addressees of your correspondence. Specifically, you have instructed parts of your correspondence to be forwarded to your supporters in Syria and/or published on your social media. Program Statement 5214.02, <u>Communications Management Units</u>, states, "[t]he purpose of CMUs is to provide an inmate housing unit environment that enables staff to more effectively monitor communication between inmates in CMUs and persons in the community. The ability to monitor such communication is necessary to ensure the safety, security, and orderly operation of correctional facilities, and protection of the public." As such, correspondence sent with the intent of it being forwarded to a third party is prohibited.

Accordingly, your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

2-4-21
_____
Date

_____
D. Sproul, Warden

**Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

Administrative Remedy Number: 1065509-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on February 16, 2021, in which you allege that you were targeted by the Counter Terrorism Unit (CTU) as the rejected correspondence was sent to an approved contact on your list. Specifically, you state that you wrote "Merry Xmas and Happy New Year to my Syrian people, relatives, and supporters." For relief, you ask that your letter be mailed out after translating and reading it in addition to having the CTU stop targeting you for no reason.

We have reviewed your appeal and the Warden's response dated February 4, 2021. Program Statement 5214.02, Communication Management Units, specifically 28 CFR § 540.203 Written Correspondence Limitations, states, "Incoming and outgoing written general correspondence is ordinarily reviewed by CTU staff before delivery to the inmate or further processing to the post office. All foreign-language correspondence is translated before delivery to the inmate or further processing to the post office." Pursuant to 28 CFR § 540.10 – Purpose and Scope, 28 CFR § 540.12 – Controls and Procedures, and Program Statement 5265.14, Correspondence, "The Warden shall establish correspondence procedures for inmates at each institution, as suggested in this rule." "The Warden shall establish and exercise controls to protect individuals, and the security, discipline, and good order of the institution. The size, complexity, and security level of the institution, the degree of sophistication of the inmates confined, and other variables require flexibility in correspondence procedures. All Wardens shall establish open general correspondence procedures." Program Statement 5265.14, also indicates that correspondence identified as third-party mailing is considered contraband. Your correspondence was identified by the CTU as having the intent to be forwarded to a third-party. You have provided no evidence to support your claim, or that staff have acted outside the scope of policy.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3-11-2021
Date

Barb Von Blanckensee, Regional Director

EXHIBIT 6

Administrative Remedy No. 1065509-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you challenge the decision at USP Marion to reject your outgoing correspondence. You contend this action was disingenuous without even translating the letter and feel you are being targeted for everything you write, even to approved contacts. You request your letter be mailed out after translation and for staff to stop targeting you without reason.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided. You were advised why the correspondence in question was rejected. While you disagree with this action, staff has acted in compliance with Bureau policy regarding this matter. Safety and security is paramount and your claim of being targeted is without merit. We find no further review or relief is warranted.

Accordingly, your appeal is denied.

_9/30/21_
Date

_____
Ian Connors, Administrator
National Inmate Appeals

Monzer Al-Kassar, #61111-054
United States Penitentiary
P.O. Box 1000
Marion IL 62959
   U.S.A.

y 2, 2022




LAWSUIT -- 17 Legal Pages
Cover Letter  3 Legal Pages
   Total    20 Legal Pages

61111-054
Clerk Of The Court
301 W MAIN ST 1st Floor
U S District Court SDIL
Benton, IL 62812
United States

Clerk of the Court
United States District Court
For The Southern District of Illinois
301 W. Main Street, 1st Floor
Benton IL 62812

MAIL CLEARED US MARSHALS

7021 2720 0000 8199 0186

