May __30th__ 2022.


From:
Monzer Al-Kassar
BOP Id # 61111-054
United States Penitentiary
P.O.Box-1000
Marion, Illinois-62959                         Via Certified Mail:

                                               # 7021 2720 0001 8199 0445

To:
The Clerk of Court
Southern District of Illinois
St Louis, Illinois


Ref: Case no.22-cv-000984-JPG
Sub: Filing the "first amended complaint"-Reg


Clerk:

Please find herewith the "first amended complaint" of mine with the associated
exhibits/evidences to go along with the same.I would like to respectfully ask you to
docket the amended complaint.Also, I respectfully ask you to mail me with the
"updated docket sheet(s) " of this action, since, I do not have any access to the
court's PACER in any manner now.

Thank you.



Very Truly Yours,



Monzer Al-Kassar
Plaintiff Pro se




E N C L O S U R E S :

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

MONZER AL-KASSAR
BOP ID 61111-054

     Plaintiff,

V.

UNITED STATES OF AMERICA
DANIEL SPROUL
JEFFREY GRAEBER
KATHY HILL
JOHN DOE 1-10

Case no.22-cv-00984-JPG

[ Sent by United States Postal service
Certified Mail Receipt Number
7021 2720 0001  8199 0445 ]

## "VERIFIED" " FIRST AMENDED COMPLAINT" OF THE PRO SE
## PLAINTIFF MONZER AL - KASSAR

Respectfully Submitted to:

United States District court Judge Hon. J Phil Gibert

## I. P R E F A C E

COMES NOW Monzer Al-Kassar, a Pro Se Plaintiff respectfully filing his "first amended complaint" as follows.The  plaintiff is an inmate at the "counter Terrorism Unit", loacted inside the United States Penitentiary, Marion-Illinois at the time of filing this amended complaint.The plaintiff, is bringing this complaint pursuant to Federal Tort Claims Act (§ 2671-2680 et Seq ), and also under "pendent jurisdiction/ supplemental juris--diction of this court under 28 U.S.C.§ 1367 and etc.The plaintiff respe--ctfully state that, the new claims which are being amended with, which are so related to the Plaintiff's action at this case on hands.Also they form part of the same case or controversy under Article III of the United States Constitution.The "Judicial economy", convenience, fairness and comity, all supports such an addition, with this first amended complaint.

2.

The Plaintiff further respectfully say that, 'filing of an another case

at the Illinois state court as an another case, will cause substantial duplication of efforts.Notably, the United States Supreme Court has stated in one of its opinion in a civil case as " the common sense policy of "pendent Jurisdiction" as it entails the conservation of judicial econmoy and the avoidance of mutiplicity of litigation".See, generally, Rosado V. Wyman, 397 U.S. 397, 405, 90 S.Ct 1207, 25 L.Ed 2d 412 (1976). The amendment with the new claims "falls in to the core of common sense policy of "pendent Jurisdiction", also will state the claims of the plaintiff well for the defendants to deal with.The plaintiff further, respectfully states that, it would be highly appropriate for the court to allow to add and amend this complaint.

3.

The plaintiff is amending his complaint as a "matter of Right" as given in the Federal Rule of Civil Procedure 15 et Seq.The Illinois state law claims are being brought, under Illinois law, and also under the common law of the state of Illinois.At this juncture, the plaintiff would humbly cite a case law, in which the Chief Judge of this Court Judge Rosenstengel, in fact has allowed, almost alike a claim, as one, the plaintiff is intend to amend with this cause of action.See, generally case no. 19:cv-00720 Brentz V. Allsup.In this case Judge Rosenstengel has expressly ordered as

> "Although other courts in this circuit have noted that a prison
> disciplinary hearing is not the type of adversrial hearing,
> which can give rise to a claim of malicious prosecution, this
> court will exercise its supplemental jurisdiction and allow
> the count 16 ( malicious prosecution claim ) to proceed at
> this stage". id.

## II. JURISDICTION

4.

Jurisdiction of this court is invoked pursuant to "federal Tort Claims

Act 28 U.S.C.§ 2671-2680 et seq., 28 U.S.C. 1332(a)(1) and or (3), 28 U.S.C. 1391(b)(2), 28 U.S.C.§ 1331, and also under Pendent jurisdiction, inclusive of supplemental jurisdiction, pursuant to 28 U.S.C.§ 1367. Also the plaintiff invokes expressly any and all statues, Federal Rules of Civil Procedure(s), in support all his claims, which are relevant, and not expressly stated herein.

## III.  P A R T I E S

5.

The Plaintiff Monzer Al-Kassar is an inmate at the Federal Bureau of prisons.The Plaintiff is the citizen of Syria.He is temporarily housed at the Counter Terrorism Unit, inside the USP-MARION, Illinois.

6.

The Defendant UNITED STATES OF AMERICA is a federal government entity. Under Belief and information is a corporation having its head office at the washington District of  Columbia.This defendant is operating at this court's jurisdiction, who has caused several injuries by its employees in Marion illinois.The Defendant  Daniel Sproul, is the Warden of the prison facility, and under belief and information a citizen and resident of the state of Illinois and Marion resident.The Defendant Kathy Hill is a "intelligence Research specialist", and working for the Federal Bureau of Prisons, an agency of the United States of America.Ms.kathy Hill is the resident and citizen of Marion Illinois.The defendant Jeffrey Graeber is an"analyst" working for the "counter Terrorism Unit", an allged arms of the Fedreal Bureau of Prisons, in washington D.C. The defendants JOHN & DOE 1-10 are all, Federal actors/officials.At the present time, the plaintiff is unable to provide the "correct identity" of those persons, and the same would be updated to the court, as soon as the plaintiff is able to  identify them successfully, under the "discovery rules" promulgated



Page 3 of 14

. by the Federal Rule of Civil procedure.

## IV.   NOTICE OF ADDRESS OF THE DEFENDANTS AND PLAINTIFF
## FOR SERVICE OF PAPAERS, MOTION(s) AND COURT ORDER(S)

7.

The following are the address(s) for service of court's papers and etc.

for the plaintiff and the defendants:

Monzer Al-kassar: C/O United States Penitentiary, P.O.Box-1000, Marion Illinois-62959;

UNITED STATES OF AMERICA:- C/O United States Department of Justice, Att: Mr. James G.Touhey Jr P.O.Box-888 Benjamin Frankilin Station Washington District of Columbia-20044; Also may be served at 320 First street NW Washington D.C-20534.

Daniel Sproul: Warden C/O United States Penitentiary 4500 Prison Road Marion Illinois-62959;

Kathy Hill: C/O United States Penitentiary 4500 Prison Road Marion Illnois -62959.

Jeffrey Graeber: Analyst C/O Counter Terrorism Unit 320 First street NW Washington District of Columbia-20534;

JOHN & DOE 1-10: These are "federal actors/officials. Their correct address and identy(s)  would be revealed to this court "after" the plaintff, able to successfully  complete his "civil discovery" in a timely manner.

## V. F A C T S

8.

The Plaintiff is a 76 years old male in prison for over a decade. Notably, the plaintiff is placed in the so called communication management unit, although, the plaintiff did not have any "communication related incident report(s) for over a decade!!.The subject matter on hand is the continuing deprivation of "ordinary prison life" and the plaintiff was treated differently from the "similarly situated" other prisoners for  a long time.The plaintiff was a "repeated target" for constant retaliation, harassments,threats by various Bureau ( BOP ) officials.At this juncture, the plaintiff respectfully move this   court to take "judicial notice" of an ongoing parallel action at the  southern distict of Indiana, Terre Haute



division.The case no is  2:18-cv-00086-JPH-DLP.I invoke Federal Rule of Evidence 201(c)(2) for such request.

9.

The present case on hand is the  "pattern of "mental, emotional, physical tortures" orchestrated by the Bureau staffs".This all starts with another Mental and emotional tortures" on the day of October 21st and 24th, I was given with two "incident reports ( "I/R" ) from the so called "analyst" known as J.Graeber ( defendant Jeffrey Graeber ).The "bogus" I/R specifically "accused me",  with the "crimes" of "THREATS TO STAFF" and "USE OF THE MAIL (EMAIL )  FOR ABUSES OTHER THAN CRIMINAL ACTIVITY WHICH CIRCUMVENT MAIL MONITERING PROCEDURES-ATTEMPTED" See: Evidence/Exhibit(s) 1-2 and they are expressly reincorporated herein by reference.

10.

After such "malicious, bogus" I/R , I had my so called "unit disciplinary "committee" meeting.Notably, the Unit Disciplianry committee meeting was conducted by one of my "adversaries" in my ongoing "civil rights action" at the Southern District of Indiana in the case no. 2-18-cv-00086-JPH-DLP, who is known as Ms.Kathy Hill.See Evidence/Exhibit no-3, the so called UDC" findings".The shocking conscious act was "NO" Unit Disciplinary meeting ever occured, because "one person, which is Ms.Kathy Hill, can  not consti--tute as a "committee" even by a simple English disctionary meaning. As per the WEBSTERS NEW WORLD COLLEGE DICTIONARY, fourth Edition, the word "Committee" means: a group of people choosen as from the members of .......investigate and to report or act on some  matters of a certain kind. Here the so called Unite Disciplinary committee, was simply a mockery and "abuse of process" on its face.

11.

The "non-existing" Unit Disciplinary "committee" meeting has "found me "guilty as charged" and has recommended me to the so called DHO hearing.

After, I have went through unbearbly emotional and mental toll, I have " "WIN" my case at latter I was advised that, the two "malicious incident reports as stated herein were "dismissed" and also have been "expunged". The irony and the undisputable facts as even evidenced by the "bureau" records is that, the e-mail which has sent, which were subject to the malicious prosecution, in fact the person, I have sent was my approved contact list by the same BOP for over a decade. He is my webmaster, who is taking care of my ( still) my social media account ( face book ). I for over a decade e-mail my posts for the Facebook and latter my web master will post/edit accordingly such message in my' "Facebook" for my followers, who are attempting to "free" from the prison as we speak.

12.

Notably, I have been "maliciously prosecuted" as if I have "threatened" the United States President, other federal officials.Here, I would like to respectfully ask the court to "read" such" alleged "threat" message which will " speak for" the "core of maliciousness" of the persons involved in prosecution of such fake claims against me to harm and injure me more and more.Now, even after, I have "busted" such a "malicious prosecution" and with the underlying "bogus Incident report", the defendants are colluded together and acting dircetly, indirectly, and or otherwise tacitly, and has "permanently prevented my ability" to contact my approved contact, which is my "webmster" who is located in Netherlands, even at the time of filing this amended complaint.       13.

I in fact has made an express complaint to the Inspetcor General of the department of justice.The "IG" has advised expressly that, my complaint was transferred to the "office of Internal affairs", to which, I do not have any more action at this time, which I am aware of.See, Evidence/ Exhibit no.4, attached hereto.



Page 6 of 14

14.

The Plaintiff has started to redress the various tort acts committed by the defendants via "Federal Tort Claim" ( Form S 95 ) and also via the adminsitrative remedy as promulgated by the Bureau.However the Plaintif did not receive any meaningful reliefs for the "injury in fact" has suffered by the plaintiff, until, he files this amendend complaint.

## VI. C L A I M S

### C O U N T - 1

### FEDERAL TORT CLAIMS AGAINST THE DEFENDANT UNITED STATES OF AMERICA FOR " ABUSE OF PROCESS"

15.

The Plaintiff by reference fully and expressly reincorporates item no(s) 1 through 14, as if they are fully restated herein.The Federal officials inclusive of Daniel Sproul, Kathy Hill, Jeffrey Graeber, has collectivly divised a scheme to orchestrate a "abuse of process" towards the plaintiff, by patently issuing a malicious incident report(s), and caused the Plaintiff to suffer to go through such "abuse of process" for several months.The incident report, the so called Unit disciplinary hearing, all are the fruits of a straightforward "abuse of process" to "harm and injure" the plaintiff's 'ordinary prison of life", and the Plaintiff went through hell by such abuse of process.Plaintiff is seeking a monetary damage of $2 Million for such intentional abuse of process.

### C O U N T - 2

### FEDERAL TORT CLAIMS AGAINST THE DEFENDANT UNITED STATES OF AMERICA FOR INTENTIONAL HARASSMENT & RETALIATION BY THE OFFICIALS OF THE FEDERAL BUREAU OF PRISONS AND ITS ASSOCIATES

16.

Notably, the plaintiff is having his lawsuit for various torts committed by the bureau staffs, when the plaintiff was housed at the USP-Terre haute Indina, wherewhich, he was "tortured" and injured deliberately.See, the

case number 2:18-cv-00086-JPH-DLP, Southern District of Indiana, Terre Haute Division.The plaintiff respectfully submit that, the successful movement of such proceedings in the Indiana district court, and also it appers that, such proceedings has caused the staffs of USP-Marion with defendant Graeber to issue me with a malicious incident report to stop my ability with "mental emotional tortures" to forego the Indiana lawsuit.Because there is no "legitimate" reason exists to stop and prevent my simple and straightforward "civil- email", with me, over a decade of contact, which is my webmaster in the Netherlands who is operating my "facebook account" with our "business contract" for over a decade.
To this claim, I expressly reincorporate item no(s) 1 through 14, as if they are fully reinstated herein also.I expressly demand $2 Million as a compensatory damages for such malicious act of "harssment and Retaliation" being caused by the federal officials as demonstrated in this amended complaint.

## C O U N T - 3

### FEDERAL TORT CLAIM AGAINST THE DEFENDANT UNITED STATES
### " FOR INTERFEARANCE WITH THE PLAINTIFF"S BUSINESS CONTRACTS"

17.

The plaintiff, by reference fully and expressly reincorporate item no(s) 1 through 14, as if they are fully reinstated herein.The Plaintiff has a genunie business contract with his webmaster in Neherlands, for the maintenance of the Plaintiff's social media account.The Defendants maliciously, intentionally interfeared with such business contracts, and thereby has caused an injury in fact.Notably, the plaintiff is unable to mail any of his social media postings to his Business contact, which is  his webmaster and thereby caused a permanent block to the Plaintiffs massive followers in the outside world. "withoout any proper and legitimate peonological reasons" per se.

Page 8 of 14

It genuinely appears as a "wanton misconduct" by the federal officials inclusive of the "JOHN & DOE".All have caused a permanent injury in fact for the plaintiff. The Plaintiff is asking $2 Million as damages for this count, "with" the immediate" action by the Bureau staffs and the defendant to "allow" to contact and mail the social media posts, which are "NOT" considered to be a "so called threats" to "staffs" of the Federal officials.

## C O U N T - 4

### FEDERAL TORT CLIAM AGAINST THE DEFENDANT UNITED STATES OF AMERICA FOR " MALICIOUS PROSECUTION" & PERSONAL   CLAIMS AGAINST THE NAMED DEFENDANTS  IN THEIR "PERSONAL CAPACITY" FOR " MALICIOUS PROSECUTION"

18.

The plaintiff is bringing this cause of action against the defendant United States of America for malicious prosecution under Federal Tort claim Act and individual claims for damages for malicious prosecution against the named defendants in their "personal capacity".In support of to start off, the plaintiff, by reference fully and expressly reincorporate herein the  item no 1 through 14 of this complaint. As evidenced by the "malicious incident report" which latter was dismissed by the so called DHO, and also "expunged" simply shows that, I have been given with a I/R without any legitimate peonlogical reason, with my "Long time approved contact" list, appears to be in retaliation of the plaintiff's persistent to stand up for his legitimate rights, and to be a man of honest and peace.As a matter of fact the Incident report as shown in  this complaint ( See Exhibit/Evidence no.4), should not even given to me and also I should not go through the "malicious so called Unit· Disciplinary committe meeting" with Ms.Kathy Hill, who has also acted in a malicious manner to harm and injure me more.



Page 9 of 14

Ms.Kathy Hill, one of the defendant who has conducted the so called Unit Disciplinary committe meeting "maliciously found out" that, I have committed a (non-existing criminal act of)"threat to the ( bureau ) staffs and etc.She has also expressly recommended to the So called DHO for heavier sanctions. See Exhibit/Evidence(s)3 package..The defendants ( individual ) inclusive of Ms.Kathy Hill, Mr.Graeber and the JOHN & DOE 1-10 all have initiated, the malicious prosecution and as well as participated in such malice acts, with malicious intent, to harm and injure the plaintiff more and more, since the plaintiff has strongly stood for "the truth", as always.The I/R not only had any probable cause, whereas, the I/R is an act of "pure Evil" to humliate, harass, retaliate, harm and injure the Plaintiff continouisly and constantly.At this juncture, the plaintiff respectfully state that, even a "school children" can read and understand the I/R and also any and all human(s) "with normal mind" would certainly agree with the plaintiff as such the e-mails which are subject to the two I/R has, even remotely, "no" act(s) of threats to any human at all.

19.

Here there is no credible evidence exists to dispute the above stated facts otherwise.Just to be clear on the record that, the plaintiff in fact has "win" his malicious incident reports at the so called Disciplia-nary hearing, and latter those two I/R were dismissed and also expunged which undisputably shows that, the plaintiff is the winner and as well as the "victim" of the "malicious prosecution" by the defendants.

### C O U N T - 5

FEDERAL TORT CLAIM AGAINST THE DEFENDANT UNITED STATES OF AMERICA AND ALSO ON INDIVIDUAL CAPACITY AGAINST THE NAMED DEFENDANTS FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS ( IIED )

Page 10 of 14



20.

The "tort" of intentional infliction of emotional distress has been recognized in Illinois, since 1961.The Illinois supreme court explained that persons could be liable under the tort, for "outrageous" that is "unwanted intrusion....calculated to cause sever emotional distress to a person of ordinary sensibilities.This case on hand, perfectly fits such a situation per se.Here the federal officials, as named in this complaint, to start off first had, "no peonolgical reasons" to issue such a "malicious incident report(s)".The plaintiff needs to go all the way through the DHO hearimg to  prove his innocence, even after his repeated plea to the named defendants to settle the controversy in an "amicable and peaceful manner".The plaintiff went through extensive Truama, and has "relived" with such " traumatic events",  and "still" reliving with such malicious acts committed against the plaintiff by the named defendants.Its was so horrible, so wanton misconduct.The plaintiff is a 76 years old man, with underlying extensive chronic medical conditions, inclusive of Chronic diabetes and much more.The plaintiff has lost sleep for several months, with "nightmare" and suffering with unbearble pains and sufferings as we speak now too.Here, the defendants purposefully orchestrated a scheme to cause severe emotional distress.( the act does not require a contemporaneous physical impact or injury, see Corgan V. Muehling, 143 III. 2d 296, 574 N.E. 2d 602, 609, 158 Dec. 489  (III. 1991).

21.

Here the malicious conducts and wilful retaliatory acts of giving bogus incident reports, go beyond all bounds of decency and be considered intolerable in a civilized community.Here,  whether the conduct is extreme and outrageous is judged on an "objective standard" based on the facts of this case.In support of this cliam, the plaintiff, reincorporate the item no 1-14 ( as enumerated in this complaint ) facts, as if they are

fully reinstated herein by reference.Also at the closing, the plaintiff expressly states that, he is" still" undergoing "extensive pains, suferings, trauma, by reliving with the malcious events, injuries caused by the defendants.The Plaintiff is seeking $5 Million for this claim.

### C O U N T - 5

FEDERAL TORT CLAIM AGAINST THE DEFENDANT UNITED STATES OF AMRERICA AND AGAINST THE NAMED "individual defendants" in their personal capacity FOR THE TORT OF " NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS"

22.

The Plaintiff is reincorporating item no 1-14 here by reference as if they are fully restated.Here the defendants "owes a duty" to the plaintiff for safe keeping and NOT to cause harassments, or to malciously act against the plaintiff.Here the named individual defendants all are Federal officials, who has breached  that duty.Here the various  injuries as well demonstrated elsewhere in this complaint, all was proximately caused by that braech per se.The gravity of the "mental and emotional injuries" caused by the 'individual defendants' are so outrageous, and extreme, and all were wanton misconduct.All such breached acts were well calculated to inflict more pains and sufferings for the plaintiff.Here the individual defendants are having the "fullest control" of the plaintiff's "day to day living at the counter terrorism unit".The fake and bogus I/R is a "pure act of an evil".To start off such a bogus I/R/ was well calculated to harm and injure the plaintiff to place in extreme harms way, by taking away the Plaintiff's simple prison privieges of commissary, and with an intent to prevent a total access of contacts with the plaintiff's family, and notably to "extend the prison/jail time for several more months" via so called disciplinary sanctions.Here, the



GOD was the one who has saved the plaintiff from such malicious prosecution.Here, the Plaintiff is "still" experiencing harassments, threats, humliations, and undergoing extensive suffering, pains, emotional, mental and physical tortures, even after the plaintiff was able to win his malicious prosecution, from the same individual defendants as we speak.The Plaintiff is demanding $3 Million as damages for this claim.

## VII. C O N C L U S I O N  &  R E L I E F  S O U G H T

23.

WHEREFORE, the Plaintiff respectfully moves this court for the following reliefs:

(1). All the claims to move forward with an order/judgement to grant and award the damages amounts as sought for each count(s);

(2). An order towards the U.S.Marshal to serve the amended complaint and the summons on all the defendants accordingly;

(3). An order to conduct my discovery to identify the JOHN & DOE defendants and to amend my complaint accordingly;

(4). A Punitive damages of $5 Million to be awarded to the plaintiff by considering the ruthless and malicious conduct of the named individual defendants;

(5). Any more relief also to be awarded, apart from the ones as expressly requested in this amended complaint to to do complete justice in Equity.

(6).The Plaintiff is demanding a "Jury Trial!" for his claims.

Respectfully submitted this day of May 30th 2022.

Monzer Al-Kassar
BOP # 61111-054
United States Penitentiary
P.O.Box-1000
Marion, Illinois-62959

Page 13 of 14

VIII. V E R I F I C A T I O N   P U R S U A N T   T O   28 U.S.C.§ 1746

I, Monzer Al-Kassar, a pro Se Plaintiff in this action, "verifies" under penalty

of perjury that, the foregoing is True and Correct.

Executed on: May __30th__, 2022.

                                                    _____
                                                    Monzer Al-Kassar, Declarant.

IX. C E R T I F I C A T E   O F   S E R V I C E

The Plaintiff certifies that, this document is caused to be mailed to this court,

via United States postal mail ( via certified mail no. 7021 2720 0001 8199 0445 ),

to the court, postage being prepaid. ( by invoking Prison mail box rule ).

Respectfully Submitted this day of May __30th__, 2022.

                                                    _____
                                                    Monzer Al Kassar
                                                    BOP # 611T1-054
                                                    United States Penitentiary
                                                    P.O.Box-1000
                                                    Marion, Illinois-62959

3444948

BP-A0288
JAN 17

INCIDENT REPORT

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

### Part I - Incident Report

| 1. Institution: USP MARION | | | Incident Report Number: | |
|---|---|---|---|---|
| 2. Inmate's Name:<br>AL-KASSAR, MONZER | 3. Register Number:<br>61111-054 | 4. Date of Incident:<br>10/21/2020 | | 5. Time:<br>3:10 p.m. |
| 6. Place of Incident:<br>USP MARION CMU | 7. Assignment:<br>CMU UNASSG | | 8. Unit:<br>I-A | |

| 9. Incident:<br>THREATS TO STAFF<br><br>USE OF THE MAIL (EMAIL) FOR ABUSES OTHER THAN CRIMINAL ACTIVITY WHICH CIRCUMVENT MAIL MONITORING PROCEDURES - ATTEMPTED | 10. Prohibited Act Code(s)<br>203<br><br>296 (a) |
|---|---|

11. Description of Incident (Date: 10/26/2020    Time: 8:00 a.m. Staff became aware of incident):

On October 26, 2020, at approximately 8:00 a.m., I conducted a review of emails authored by CMU inmate Al-Kassar, Monzer, Reg. No. 61111-054. Upon review, an email; 20-61111054-1021-EO-1, identified concerns.

The email is addressed to President Trump and titled as, "*SYRIA FIRST!! SYRIAN LIFE MATTER, ART OF THE HOSTAGES*" In the course of the email, inmate Al-Kassar instructs one of the recipients, Robert Smolder, to "Dear Robert.. to post it on my social media, and for Bassam to resend it to the Ministry! Thank you." Inmate Al-Kassar currently has a Facebook page which is administered by Robert Smolder, labeled "Free Monzer Al-Kassar."

Inmate Al-Kassar directly attempts to have Robert Smolder circumvent monitoring procedures by posting a message third party to his social media account. By doing this, inmate Al-Kassar directly violates Program Statement 4500.12 – Trust Fund; Chapter 14, which states, "Inmates may only communicate with approved person on their contact lists for the purpose of postal mail, TRUFONE, Public Messaging, and/or any person to whom they want to send funds. Inmates may only exchange emails with contacts who have accepted the inmate's request to communicate. Inmates may not exchange emails with any unauthorized contacts including, but not limited to, victims, witnesses, other persons connected with the inmate's criminal history, law enforcement officers, contractors, vendors who make deliveries of physical goods to the institution (e.g., Commissary, Food Service), and/or volunteers.

Also in the course of the email, inmate Al-Kassar gives veiled threats towards Bureau of Prisons (BOP) staff by indicating, "This Article protected by the U.S. first Amendment (Free of Speech!). Any one Temper with it.. Change.. or Delay it.. will be held legally accountable!! Thank you." He then demands and threatens President, Donald J. Trump to publically apologize because he and his administration allegedly took part in events which directly affected the Syrian people.

| 12. Typed Name/Signature of Reporting Employee: - -<br>J. GRAEBER | 13.Date And Time:<br>10/26/2020 12:00 p.m. |
|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature):<br>S. Hendrickson LT | 15 .Date Incident Report Delivered:<br>10-26-2020 | 16. Time Incident Report Delivered:<br>1400 PM |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

_____

_____

_____

_____

| 18. A. It is the finding of the committee that you:<br><br>_____ Committed the Prohibited Act as charged.<br>_____ Did not Commit a Prohibited Act.<br>_____ Committed Prohibited Act Code(s). _____ _____ | B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.<br>C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days. |
|---|---|

19. Committee Decision is Based on Specific Evidence as Follows:

_____

_____

_____

Exhibit/Evidence # 1

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

# INCIDENT REPORT

FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| 1. Institution: USP MARION | | Incident Report Number: 3444951 | |
|---|---|---|---|
| 2. Inmate's Name: AL-KASSAR, MONZER | 3. Register Number: 61111-054 | 4. Date of Incident: 10/24/2020 | 5. Time: 1:19 p.m. |
| 6. Place of Incident: USP MARION CMU | 7. Assignment: CMU UNASSG | | 8. Unit: I-A |
| 9. Incident: THREATS TO STAFF | | 10. Prohibited Act Code(s) 203 | |
| USE OF THE MAIL (EMAIL) FOR ABUSES OTHER THAN CRIMINAL ACTIVITY WHICH CIRCUMVENT MAIL MONITORING PROCEDURES - ATTEMPTED | | 296 (a) | |

11. Description of Incident (Date: 10/26/2020    Time: 8:00 a.m. Staff became aware of incident):

On October 26, 2020, at approximately 8:00 a.m., I conducted a review of emails authored by CMU Inmate Al-Kassar, Monzer, Reg. No. 61111-054. Upon review, an email; 20-61111054-1024-EO-1, identified concerns.

The email is addressed to Colon Powell and titled as, "*TO COLIN LUTHER Powell... FEAR 'GOD*" In the course of the email, inmate Al-Kassar instructs one of the recipients, Robert Smolder, to "Dear Robert, Post the following article on my social media, and, for Bassam to send it to the ministry.. Thank you." Inmate Al-Kassar currently has a Facebook page which is administered by Robert Smolder, labeled "Free Monzer Al-Kassar."

Inmate Al-Kassar directly attempts to have Robert Smolder circumvent monitoring procedures by posting a message third party to his social media account. By doing this, inmate Al-Kassar directly violates Program Statement 4500.12 – Trust Fund; Chapter 14, which states, "Inmates may only communicate with approved person on their contact lists for the purpose of postal mail, TRUFONE, Public Messaging, and/or any person to whom they want to send funds. Inmates may only exchange emails with contacts who have accepted the inmate's request to communicate. Inmates may not exchange emails with any unauthorized contacts including, but not limited to, victims, witnesses, other persons connected with the inmate's criminal history, law enforcement officers, contractors, vendors who make deliveries of physical goods to the institution (e.g., Commissary, Food Service), and/or volunteers.

Also in the course of the email, inmate Al-Kassar gives veiled threats towards Bureau of Prisons (BOP) staff by indicating, "This Article protected by the U.S. first Amendment (Free of Speech!). Any one Temper with it.. Change.. or Delay it.. will be held legally accountable!! Thank you." He then demands and threatens Colon Powell by stating, "Well Mr. Colin Powell: Syria didn't come to you or to your Administration, kissing the Butt, begging for help!! "Yes "FEAR GOD".

| 12. Typed Name/Signature of Reporting Employee: J. GRAEBER I | 13. Date And Time: 10/26/2020 12:05 p.m. |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): S. Hendrickson | 15. Date Incident Report Delivered: 10.26.2020 | 16. Time Incident Report Delivered: 1400 Pm |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

_____

_____

_____

_____

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.

_____ Did not Commit a Prohibited Act.

_____ Committed Prohibited Act Code(s). _____ _____

B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

_____

_____

Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

Exhibit/Evidence # 2

EXHIBIT/EVIDENCE #-3 PACKAGE

BP-A0288
JAN 17

INCIDENT REPORT

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

Part I - Incident Report

| 1. Institution: USP MARION | | | Incident Report Number: 3444948 | |
|---|---|---|---|---|
| 2. Inmate's Name: AL-KASSAR, MONZER | | 3. Register Number: 61111-054 | 4. Date of Incident: 10/21/2020 | 5. Time: 3:10 p.m. |
| 6. Place of Incident: USP MARION CMU | | 7. Assignment: CMU UNASSG | 8. Unit: I-A | |
| 9. Incident: THREATS TO STAFF | | 10. Prohibited Act Code(s) 203 | | |
| USE OF THE MAIL (EMAIL) FOR ABUSES OTHER THAN CRIMINAL ACTIVITY WHICH CIRCUMVENT MAIL MONITORING PROCEDURES - ATTEMPTED | | 296 (a) | | |

11. Description of Incident (Date: **10/26/2020**   Time: **8:00 a.m.** Staff became aware of incident):

On October 26, 2020, at approximately 8:00 a.m., I conducted a review of emails authored by CMU inmate Al-Kassar, Monzer, Reg. No. 61111-054. Upon review, an email; 20-61111054-1021-EO-1, identified concerns.

The email is addressed to President Trump and titled as, "*SYRIA FIRST!! SYRIAN LIFE MATTER, ART OF THE HOSTAGES*" In the course of the email, inmate Al-Kassar instructs one of the recipients, Robert Smolder, to "Dear Robert.. to post it on my social media, and for Bassam to resend it to the Ministry! Thank you." Inmate Al-Kassar currently has a Facebook page which is administered by Robert Smolder, labeled "Free Monzer Al-Kassar."

Inmate Al-Kassar directly attempts to have Robert Smolder circumvent monitoring procedures by posting a message third party to his social media account. By doing this, inmate Al-Kassar directly violates Program Statement 4500.12 – Trust Fund; Chapter 14, which states, "Inmates may only communicate with approved person on their contact lists for the purpose of postal mail, TRUFONE, Public Messaging, and/or any person to whom they want to send funds. Inmates may only exchange emails with contacts who have accepted the inmate's request to communicate. Inmates may not exchange emails with any unauthorized contacts including, but not limited to, victims, witnesses, other persons connected with the inmate's criminal history, law enforcement officers, contractors, vendors who make deliveries of physical goods to the institution (e.g., Commissary, Food Service), and/or volunteers.

Also in the course of the email, inmate Al-Kassar gives veiled threats towards Bureau of Prisons (BOP) staff by indicating, "This Article.. protected by the U.S. first Amendment (Free of Speech!). Any one Temper with it.. Change.. or Delay it.. will be held legally accountable!! Thank you." He then demands and threatens President, Donald J. Trump to publically apologize because he and his administration allegedly took part in events which directly affected the Syrian people.

| 12. Typed Name/Signature of Reporting Employee: — J. GRAEBER | | 13. Date And Time: 10/26/2020  12:00 p.m. |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): S. Hendrickson LT | 15. Date Incident Report Delivered: 10.26.2020 | 16. Time Incident Report Delivered: 1400 PM |

Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

I have been writting this for weeks and month, where is my incident report for the others?

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____  _____

B. X The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

BASED on IR as written, attached evidence of email, and Al Kassar statement that he did write this and has been for weeks and months referred to DHO due to severity of offense

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act).

_Max loss of Good time + privileges_

21. Date and Time of Action: _11/2/20 @ 8a_ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

_K.Hill Xthrel_

Chairman (Typed Name/Signature)          Member (Typed Name)          Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

| WD | Prescribed by P5270 | Replaces BP-A0288 of AUG 11 |
|---|---|---|

| **Part III - Investigation** | 22. Date And Time Investigation Began |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process.  Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By _____  At (Date/time) _____

24. Inmate statement and attitude

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

26. Investigator's comments and conclusions

27. Action taken

A0288
JAN 17

INCIDENT REPORT

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### Part I - Incident Report

| 1. Institution: USP MARION | | Incident Report Number: 3446/951 | |
|---|---|---|---|
| 2. Inmate's Name: AL-KASSAR, MONZER | 3. Register Number: 61111-054 | 4. Date of Incident: 10/24/2020 | 5. Time: 1:19 p.m. |
| 6. Place of Incident: USP MARION CMU | 7. Assignment: CMU UNASSG | 8. Unit: I-A | |

| 9. Incident: THREATS TO STAFF | 10. Prohibited Act Code(s) 203 |
|---|---|
| USE OF THE MAIL (EMAIL) FOR ABUSES OTHER THAN CRIMINAL ACTIVITY WHICH CIRCUMVENT MAIL MONITORING PROCEDURES - ATTEMPTED | 296 (a) |

**11. Description of Incident (Date: 10/26/2020  Time: 8:00 a.m. Staff became aware of incident):**

On October 26, 2020, at approximately 8:00 a.m., I conducted a review of emails authored by CMU inmate Al-Kassar, Monzer, Reg. No. 61111-054. Upon review, an email; 20-61111054-1024-EO-1, identified concerns.

The email is addressed to Colon Powell and titled as, "*TO COLIN LUTHER Powell... FEAR 'GOD*" In the course of the email, inmate Al-Kassar instructs one of the recipients, Robert Smolder, to "Dear Robert, Post the following article on my social media, and, for Bassam to send it to the ministry.. Thank you." Inmate Al-Kassar currently has a Facebook page which is administered by Robert Smolder, labeled "Free Monzer Al-Kassar."

Inmate Al-Kassar directly attempts to have Robert Smolder circumvent monitoring procedures by posting a message third party to his social media account. By doing this, inmate Al-Kassar directly violates Program Statement 4500.12 – Trust Fund; Chapter 14, which states, "Inmates may only communicate with approved person on their contact lists for the purpose of postal mail, TRUFONE, Public Messaging, and/or any person to whom they want to send funds. Inmates may only exchange emails with contacts who have accepted the inmate's request to communicate. Inmates may not exchange emails with any unauthorized contacts including, but not limited to, victims, witnesses, other persons connected with the inmate's criminal history, law enforcement officers, contractors, vendors who make deliveries of physical goods to the institution (e.g., Commissary, Food Service), and/or volunteers.

Also in the course of the email, inmate Al-Kassar gives veiled threats towards Bureau of Prisons (BOP) staff by indicating, "This Article protected by the U.S. first Amendment (Free of Speech!). Any one Temper with it.. Change.. or Delay it.. will be held legally accountable!! Thank you." He then demands and threatens Colon Powell by stating, "Well Mr. Colin Powell: Syria didn't come to you or to your Administration; kissing the Butt, begging for help!! "Yes "FEAR GOD".

| 12. Typed Name/Signature of Reporting Employee: J. GRAEBER / | 13. Date And Time: 10/26/2020 12:05 p.m. |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): S. Hendrickson | 15. Date Incident Report Delivered: 10.26.2020 | 16. Time Incident Report Delivered: 1400 pm |

### Part II - Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident:**

These are brays, not a threat I write there every week, every month. This is freedom of speech.

**18. A. It is the finding of the committee that you:**

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____ _____

**B.** X The Committee is referring the Charge(s) to the DHO for further Hearing.

**C.** _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

**19. Committee Decision is Based on Specific Evidence as Follows:**

BASED on IR as written, attached email evidence, Al Kassar admit has he is writing this and the severity of offense referred to DHO.

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):**

max loss of privileges and good time

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

max loss of good time + privileges

21. Date and Time of Action: 11/2/20 or 8 am (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

K.Hill\KHroll

Chairman (Typed Name/Signature)        Member (Typed Name)                Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD                         Prescribed by P5270                    Replaces BP-A0288 of AUG 11

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process.  Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By _____   At (Date/time) _____

24. Inmate statement and attitude

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

26. Investigator's comments and conclusions

27. Action taken

BP-A0294   **Notice of Discipline Hearing Before the (DHO)** CDFRM
AUG 11

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

---

USP MARION

Institution

11/02/2020

Date

---

TO: AL KASSAR, MONZER                      | REG. NO.: 61111-054

ALLEGED VIOLATION(S): THREATENING BODILY HARM, MAIL ABUSE, DISRUPT MONITORING

---

DATE OF OFFENSE: 10/21/2020                 | CODE NO.: 203, 296a

You are being referred to the DHO for the above charge(s).

The hearing will be held on: _____ at _____ (A.M./P.M.) at the following location:

_____

You are entitled to have a full-time staff member represent you at the hearing.  Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) __X__ (do not) ____ wish to have a staff representative.   *Lt. Watts*

If so, the staff representative's name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety.  Names of witnesses you wish to call should be listed below.  Briefly state to what each proposed witness would be able to testify.

I (do) ____ (do not) __X__ wish to have witnesses.

---

| NAME: | CAN TESTIFY TO: |
| --- | --- |
|  |  |

| NAME: | CAN TESTIFY TO: |
| --- | --- |
|  |  |

| NAME: | CAN TESTIFY TO: |
| --- | --- |
|  |  |

---

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s).  Repetitive witnesses and repetitive character references need not be called.  Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form.  Date, sign, and return this form to the DHO.

DATE: 11/02/2020          | SIGNATURE:

Notice of hearing before DHO given inmate 11-02-2020/8:55 by K. HILL/ [signature]
                                          Date/Time              Staff Printed Name/Signature

*(This form may be replicated via WP)*                  *Replaces BP-294(52) of JAN 88*

PDF                          Prescribed by P5270

EXHIBIT / EVIDENCE  #4 PACKAGE

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

August 23, 2021

MONZER AL KASSAR - Register Number: 61111-054
USP MARION
U.S. PENITENTIARY
P.O. BOX 1000
MARION, IL  62959

Dear Mr. Al Kassar:

The purpose of this letter is to acknowledge receipt of your complaint dated July 06, 2021. Our office, the U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations.  However, the matters that you raised are more appropriate for review by another office within the DOJ.  Therefore, your complaint has been forwarded to:

Federal Bureau of Prisons
Office of Internal Affairs
320 First Street
N.W. Room 814
Washington, D.C. 20534
Telephone Number (202) 307-3286

Any further correspondence regarding this matter should be directed to that office.

Any additional material you provide our office regarding this matter will not be forwarded to the above agency.  Instead, we recommend that you correspond directly with that agency if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,
Office of the Inspector General
Investigations Division

Monzer Al-Kassar, Reg. No. 61111-054
United States Penitentiary
P.O. Box 1000
Marion IL 62959
July 6, 2021

Office of the Inspector General
U.S. Department of Justice
Investigations Division
950 Pennsylvania Avenue, NW, Room 4706
Washington DC 20530

Dear Inspector General:

I had been suffering in silence since October 2020, and resisting in pain all unjust objection to my emails, mails, denying and delaying approval of some contacts with family . . . friends . . . an attorney which was approved before . . . and legal media outlets, which is against the U.S. First Amendment and against the Bureau of Prisons (BOP) policy, without giving any legal reason, after insisting and inquiring for weeks and weeks.

All that happened after they appointed a new examiner by the Counter Terrorism Unit (CTU) in Washington.  And it's never happened to me before for many years to that extent!  In the last 14 years in captivity, I never had any serious Shot(s) to go in front of the DHO hearing!  This put a lot of stress and pressure on my health, mentally and physically, and is not legally justified.  I'm not sure if this staged designed strategy is to break me down, or personal animosity for reasons unknown.

For no legal reason whatsoever, the new CTU examiner in Washington, Mr. J. Graeber, on 10/26/2020, gave me 2 serious shots.  One was for a 10/21/2020 email to President Trump, charging me with a code 203, Threats To Staff, and a 296(a), attempted abuse of email for other than criminal activity which circumvents mail monitorimg procedures, claiming my statement that my email is protected by the U.S. First Amendment and that anyone who tampers, changes, or delays it will be held legally responsible, was a threat (Code 203), and claiming my request to President Trump to apologize for certain events which his administration took part in which directly affected the Syrian people, was a threat (Code 203), and claiming my request to post the email to my approved people, and my Facebook page, violated email monitoring and third-party email restrictions (Code 296A).  The other was for a 10/24/2020 email to Colin Powell, charging me with a code 203, Threats To Staff, and a 296(a), attempted abuse of email for other than criminal activity which circumvents email monitoring procedures, claiming my statement that my email is protected by the U.S. First Amendment and that anyone who tampers, changes, or delays it will be held legally responsible, was a threat (Code 203), and claiming my statement to Mr. Powell to "FEAR GOD," was a threat (Code 203), and claiming my request to post the email to my Facebook page violated email monitoring and third-party email restrictions (Code 296A), which I had been writing on my Facebook emails/articles for more than 10 years without any problem, or giving me any Shot(s) using the same language!  Please see attached Exhibit A (10/26/2020 Incident Report regarding President Trump email), Exhibit B (10/26/2020 Incident Report regarding Colon Powell), Exhibit C (10/24/2020

Office of the Inspector General
July 6, 2021
Page Two

email regarding Colon Powell), and Exhibit D (10/21/2020 email regarding President Trump).

In the UDC Hearing from the prison, my case was referred to the DHO at the North Central Regional Office in Kansas City in Kansas; which has higher authority, based on the severity of the offense, and recommended to lose Good Conduct Time (GCT) and loss of privileges.

About 2 or 3 weeks back, I was called for the hearing of my case by the Regional DHO over the phone, with Lieutenant Watts acting as my staff rep. I gave my statement with proof and evidence to rebut the bogus accusation, and the gentleman from the Regional Office who was in charge of this case, said the first charge had no basis, and that he wanted some time to study the evidence for the second charge, and for us to submit any additional supportive evidence that we had, and spoke to Lieutenant Watts over the phone asking him for some information.

On Wednesday, June 30, 2020, a Case Manager, Mr. Rushing, came to my CMU Unit to inform me that I won the case for the second shot as well, and that the Regional Office expunged the shots from my file.

I thanked God for His guidance for justice to prevail in these 2 bogus shots; God has His wisdom and always protects His innocent people!

Yes, this spot of light in this dark and long tunnel, gives me the strength to keep my legal fight for justice to prevail in my original case, Godspeed.

As a Syrian Arab Muslim, I believe in forgiveness, which is the core of our faith. Our noble Haddith said:

"THE BEST SINNERS ARE THE ONES WHO REPENT."

My examiner at the CTU thinks he's above the law. As revenge, he rejected on July 1, 2021, an email I sent June 13, 2021 to approved contacts, which he held until July 1, 2021, and then rejected it. I emailed the CTU on July 1, 2021, asking for the reason for the rejection. I received no response. Please see Exhibit E (email dated June 13, 2021), and Exhibit F (email dated July 1, 2021, asking for reason for the rejection). Also, on July 1, 2021, I sent an email to the Legal Department, to Katherine Siereveld, the institution attorney, asking for confirmation that my 2 incident reports were expunged. I received no response. Please see Exhibit G (email dated July 1, 2021, to Katherine Siereveld). Also, on July 1, 2021, I sent an email to my intelligence analyst at CTU asking him to release the 2 emails that have been withheld pending resolution of my 2 incident reports (Exhibits A and B). Now that the incident reports are expunged and that it is now okay to send the emails, I want them released. I received no response. Please see Exhibit H (email dated July 1, 2021, to my intelligence analyst at CTU).

If I don't receive a written apology from the one who wrote me,

Office of the Inspector General
July 6, 2021
Page Three

intentionally or unintentionally, the 2 serious shots, or from his superior, in 2 weeks time, for what I suffered in the last 8 months for these 2 bogus shots, then I will ask the guidance of my attorney(s) to pursue, legally, through the court, which is my right, and if I receive a written apology in time, then I will forgive the one who, intentionally or unintentionally, tried to harm me!

I am requesting a full investigation of my alleged statement under the U.S. Perjury Act.

Thank you.

Sincerely,

Monzer Al-Kassar, #61111-054
United States Penitentiary
P.O. Box 1000
Marion IL 62959

copies sent to:

Counter Terrorism Unit
320 First Street NW
Washington DC 20534

Mirrick Garland
U.S. Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530

David J. Carr, Attorney at Law
Ice Miller LLP
One American Square, Suite 2900
Indianapolis IN 46282

Kuilwijk Kees, Attorney at Law

File copy

3444948

BP-A0288

JAN 17

# INCIDENT REPORT

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Part I - Incident Report

| 1. Institution: USP MARION | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name:<br>AL-KASSAR, MONZER | 3. Register Number:<br>61111-054 | 4. Date of Incident:<br>10/21/2020 | 5. Time:<br>3:10 p.m. |
| 6. Place of Incident:<br>USP MARION CMU | 7. Assignment:<br>CMU UNASSG | | 8. Unit:<br>I-A |

| 9. Incident:<br>THREATS TO STAFF<br><br>USE OF THE MAIL (EMAIL) FOR ABUSES OTHER THAN CRIMINAL ACTIVITY WHICH CIRCUMVENT MAIL MONITORING PROCEDURES - ATTEMPTED | 10. Prohibited Act Code(s)<br>203<br><br>296 (a) |
|---|---|

11. Description of Incident (Date: 10/26/2020    Time: 8:00 a.m. Staff became aware of incident):

On October 26, 2020, at approximately 8:00 a.m., I conducted a review of emails authored by CMU inmate Al-Kassar, Monzer, Reg. No. 61111-054. Upon review, an email; 20-61111054-1021-EO-1, identified concerns.

The email is addressed to President Trump and titled as, "SYRIA FIRST!! SYRIAN LIFE MATTER, ART OF THE HOSTAGES" In the course of the email, inmate Al-Kassar instructs one of the recipients, Robert Smolder, to "Dear Robert.. to post it on my social media, and for Bassam to resend it to the Ministry! Thank you." Inmate Al-Kassar currently has a Facebook page which is administered by Robert Smolder, labeled "Free Monzer Al-Kassar."

Inmate Al-Kassar directly attempts to have Robert Smolder circumvent monitoring procedures by posting a message third party to his social media account. By doing this, Inmate Al-Kassar directly violates Program Statement 4500.12 – Trust Fund; Chapter 14, which states, "Inmates may only communicate with approved person on their contact lists for the purpose of postal mail, TRUFONE, Public Messaging, and/or any person to whom they want to send funds. Inmates may only exchange emails with contacts who have accepted the inmate's request to communicate. Inmates may not exchange emails with any unauthorized contacts including, but not limited to, victims, witnesses, other persons connected with the inmate's criminal history, law enforcement officers, contractors, vendors who make deliveries of physical goods to the institution (e.g., Commissary, Food Service), and/or volunteers.

Also in the course of the email, Inmate Al-Kassar gives veiled threats towards Bureau of Prisons (BOP) staff by indicating, "This Article protected by the U.S. first Amendment (Free of Speech!). Any one Temper with it.. Change.. or Delay it.. will be held legally accountable!! Thank you." He then demands and threatens President, Donald J. Trump to publically apologize because he and his administration allegedly took part in events which directly affected the Syrian people.

| 12. Typed Name/Signature of Reporting Employee:<br>J. GRAEBER | | 13. Date And Time:<br>10/26/2020  12:00 p.m. |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature):<br>S. Hendrickson LT | 15. Date Incident Report Delivered:<br>10-26-2020 | 16. Time Incident Report Delivered:<br>1400 PM |

Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

| 18. A. It is the finding of the committee that you:<br><br>_____ Committed the Prohibited Act as charged.<br>_____ Did not Commit a Prohibited Act.<br>_____ Committed Prohibited Act Code(s). _____ _____ | B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.<br><br>C. _____ The Committee advised the Inmate of its finding and of the right to file an appeal within 20 calendar days. |
|---|---|

19. Committee Decision is Based on Specific Evidence as Follows:

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

# INCIDENT REPORT

FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| 1. Institution: USP MARION | | | Incident Report Number: 3444951 | |
|---|---|---|---|---|
| 2. Inmate's Name: AL-KASSAR, MONZER | | 3. Register Number: 61111-054 | 4. Date of Incident: 10/24/2020 | 5. Time: 1:19 p.m. |
| 6. Place of Incident: USP MARION CMU | | 7. Assignment: CMU UNASSG | | 8. Unit: I-A |
| 9. Incident: THREATS TO STAFF | | | 10. Prohibited Act Code(s) 203 | |
| USE OF THE MAIL (EMAIL) FOR ABUSES OTHER THAN CRIMINAL ACTIVITY WHICH CIRCUMVENT MAIL MONITORING PROCEDURES - ATTEMPTED | | | 296 (a) | |

11. Description of Incident (Date: 10/26/2020    Time: 8:00 a.m. Staff became aware of incident):

On October 26, 2020, at approximately 8:00 a.m., I conducted a review of emails authored by CMU Inmate Al-Kassar, Monzer, Reg. No. 61111-054. Upon review, an email; 20-61111054-1024-EO-1, identified concerns.

The email is addressed to Colon Powell and titled as, "*TO COLIN LUTHER Powell... FEAR 'GOD*" in the course of the email, inmate Al-Kassar instructs one of the recipients, Robert Smolder, to "Dear Robert, Post the following article on my social media, and, for Bassam to send it to the ministry.. Thank you." Inmate Al-Kassar currently has a Facebook page which is administered by Robert Smolder, labeled "Free Monzer Al-Kassar."

Inmate Al-Kassar directly attempts to have Robert Smolder circumvent monitoring procedures by posting a message third party to his social media account. By doing this, inmate Al-Kassar directly violates Program Statement 4500.12 – Trust Fund; Chapter 14, which states, "Inmates may only communicate with approved person on their contact lists for the purpose of postal mail, TRUFONE, Public Messaging, and/or any person to whom they want to send funds. Inmates may only exchange emails with contacts who have accepted the inmate's request to communicate. Inmates may not exchange emails with any unauthorized contacts including, but not limited to, victims, witnesses, other persons connected with the inmate's criminal history, law enforcement officers, contractors, vendors who make deliveries of physical goods to the institution (e.g., Commissary, Food Service), and/or volunteers.

Also in the course of the email, inmate Al-Kassar gives veiled threats towards Bureau of Prisons (BOP) staff by indicating, "This Article protected by the U.S. first Amendment (Free of Speech!). Any one Temper with it.. Change.. or Delay it.. will be held legally accountable!! Thank you." He then demands and threatens Colon Powell by stating, "Well Mr. Colin Powell: Syria didn't come to you or to your Administration; kissing the Butt, begging for help!! "Yes "FEAR GOD".

| 12. Typed Name/Signature of Reporting Employee: J. GRAEBER I | | 13. Date And Time: 10/26/2020 12:05 p.m. |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): S. Hendrickson | 15. Date Incident Report Delivered: 10.26.2020 | 16. Time Incident Report Delivered: 1400 pm |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____ _____

B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

Exhibit/Evidence # 2

TRULINCS 61111054 - AL KASSAR, MONZER - Unit: MAR-I-A

-----------------------------------------------------------------------------------

FROM: 61111054
TO: Alkassar, Haiffa; Alkassar, Kinda; Alkassar, Mazen; Alkassar, Natasha; Alkassar, Nona; Alkassar, Rami; Alkassar, Yarob; Bahbouh, Amera; Bathich, Edgardo-; C Laleva, Antonia; Coutant Peyre, Isabelle; Dagher, Bassam; Doummar, Fadi; Fakher, Insaf; Kuilwijk, Kees; Manuel, Phillip; Martinez-Lumbrera, Sara; MORENO-GODOY, LUIS FELIPE; Morozov, Sergey; Sawaf, Danny; Smolders, Robert
SUBJECT: Re: Article!
DATE: 10/24/2020 01:19:25 PM


Saturday, October 24th., 2020.

Dear Robert, Post the following article on my social media, and, for Bassam to send it to the ministry.. Thank you.

-----------------------------------------------------------------------------------

This Article protected by the U.S. first Amendment (Free of Speech!). Any one Temper with it.. Change.. or Delay it.. will be held legally accountable!! Thank you.

-----------------------------------------------------------------------------------

### TO COLIN LUTHER Powell... FEAR 'GOD' "

Colin Powell (83 years old now!) Black African; His parents were "Jamaican immigrant", held executive posts under five U.S. president.. Headed the armed services during the "Gulf War", and during the invasion of "Iraq". Secretary of State from 2001 to 2005. He was appointed to the office by president "George W. Bush".. Pah... Pah.,. Pah...

He is one of those: "Thinks he, that none has power over him?- Surah 5-Ayah 90 from our Noble "Quran". And, ".. Those are they whose heart, ears, and eyes "God" has sealed up; and they take no heed".

I was not surprised of his shameful statement comments on (hostages) recently saying:
"... I have no use for President "Assad". I've negotiated with him . He's a 'Pathological liar. You can't trust anything he says" Pah...Pah...Pah...

Well Mr. Colin Powell: Syria didn't come to you or to your Administration; kissing the Butt, begging for help!!
"Yes: "FEAR GOD".

Well..Well..Well Colin Powell!! I am sure you are losing it!! You are speaking about your self. You seem to forget your biggest lies "crime", when you stood up at the United Nation with your "Black Board" on it your fabricated "Tractor Trailer" saying:

"...Here are where 'Iraq- Sadam Hussain" factory for Nuke Mass Destructive Weapon!! To hear all the diplomatic missions start laughing at you! Yes. The 'CURSE' of the innocent Iraqi's, Syrian blood will remain on your hands, to follow you to the day of judgment!! It was too late when you admitted in your book "My America Journey" regretting doing it, and, it was 'B.S.' which you are still regretting it .. Look in the mirror to see yourself the "Pathological Liar".

### "GOD' PROTECT SYRIA, SYRIAN PEOPLE, AND LEADERSHIP!!"

TRULINCS 61111054 - AL KASSAR, MONZER - Unit: MAR-I-A

--------------------------------------------------------------------------------

FROM: 61111054
TO: Alkassar, Haiffa; Alkassar, Rami; Dagher, Bassam; Kuilwijk, Kees; Smolders, Robert
SUBJECT: Re: Art of Hostages!
DATE: 10/21/2020 03:10:37 PM


WE, October 21st., 2020.

Dear Robert.. to post it on my social media, and for Bassam to resend it to the Ministry! Thank you.

--------------------------------------------------------------------------------

THIS ARTICLE PROTECTED BY THE FIRST AMERICAN AMENDMENT!! ANYONE WHO TIMBER< CHANGE< OR DELAY IT; WILL BE HELD LEGALLY ACCOUNTABLE! THANK YOU.

"SYRIA FIRST!! SYRIAN LIFE MATTER"

ART OF THE HOSTAGES

After hearing and reading from the American Media! As Syrian; I only speak for myself!!

To President D. Trump:

Is it "QUID PRO QUE...REPENTANCE...DESPERATION BECAUSE YOU ARE ON THE HOT SEAT FROM THE ELECTIONS...TRYING TO BE SMART, NOW', PLAYING GAMES WHICH IS DOOMED TO FAIL...OR WAKING UP A CONSCIENCE?!! THE TIME WILL TELL!

You , your ZIO/KIKES administration, and the previous one; owes Syria and the Syrian people a lots!!

Just to remind you:

1- The vicious attack on the Syrian "SHAYRAT" Air space on April 4th.,2017, two days only after your first attempt... which killed innocent Syrian.

2- 22ed August,2017 attack near "Rakkah" killing 78 civilian mostly women and children.

3- Your confirmation of the occupied Syrian "Golan Height" as Kikes lands on 2019.

4-Your occupied forces in "Hasakh- Dear Azour- and other aria..

5- Your recent new plans sanctions on Syria, targeting Syrian lifeline of the Syrian people dreaming to negotiate peace and, political transition, which all deemed to fail!!

Mr. Trump: Come clean to tell the American people all these facts, and, to apology publicly, and not cowardly in a letter with "Kash Patel".

Be sure: SYRIA AND THE SYRIAN PEOPLE ARE MATTER! I wish you good luck!!

On Wednesday, October 21 st., 20020- By Monzer Alkassar- Syrian hostage at American Gulag prison

TRULINCS 61111054 - AL KASSAR, MONZER - Unit: MAR-I-A

-----------------------------------------------------------------------------------------------

FROM: 61111054
TO: Alkassar, Haiffa; Alkassar, Kinda; Alkassar, Mazen; Alkassar, Natasha; Alkassar, Nona; Alkassar, Rami; C  Laleva, Antonia; Dagher, Bassam; Fakher, Insaf; Kuilwijk, Kees; MORENO-GODOY, LUIS FELIPE; Smolders, Robert
SUBJECT: Re: C.N.N. Reliable Sources program!!
DATE: 06/13/2021 02:35:22 PM


Today is Sunday, June 13th., 2021.

   "C.N.N. RELIABLE NEWS PROGRAM OF SUNDAY, JUNE 13th., 2021 FROM 10:00 A.M. UNTIL 11:00 A.M. EASTERN TIME!"
                  THE ANCHOR OF THIS PROGRAM START IN SAYING: "CRUCIAL UPDATE, AND GAME CHANGER!!

My Personal Opinion, Protected By The "U.S. First Amendment - Freedom Of Speech" for today (Sunday) June 13th., 2021, on the C.N.N. Reliable Weekly  Sources News of this "Sunday" that, the new President "Biden" Administration start thinking out of the box in good faith, to correct the previous corrupt, bias -administrations and, their false accusation toward my beloved country "Syria", and leadership- 'God' Speed!!

The "Anchor" of this weekly program Mr. 'Brian Stelter' said that there is two facts:

1- President "Biden" administration confirmed that Mr. 'Austin Tice" who went missing in Syria for 9 years!

2- To set Syria new policy to bring back Mr. Austin Tice!; and, should president "Bashar Assad" offer up Mr. 'Tice' for new course toward Syria?!

The Anchor of this program brought Mr. "Holtzman" who dealt previously before in hostage matters asking him:
Do you think that Mr. Austin Tice is still alive? His answer was "YES".
He asked him again: Do you have any message to President "Assad"?
His reply was: " For "Biden" Administration to value the foreign policy, and, fore Mr. "Assad": " you have moment  for you to take advantage of it and, Syria could do well in demonstrating the failed of old political/diplomacy".

President "Biden", "a Man of Faith!" His Irish rout with the old suffering of the Irish people remain always in his heart, and, "Bullying" is not in his heart, or, in his agenda, for him to do the right things!

Monzer AlKassar- Syrian Political Hostage At American Gulag Prison In Marion C.M.U.

Sunday, June 13th., 2021

TRULINCS 61111054 - AL KASSAR, MONZER - Unit: MAR-I-A

----------------------------------------------------------------------------------------------

FROM: 61111054
TO: CMU
SUBJECT: ***Request to Staff*** AL KASSAR, MONZER, Reg# 61111054, MAR-I-A
DATE: 07/01/2021 12:50:11 PM

To: Ms. Hill/ C.T.U.
Inmate Work Assignment: N/A

I need to know, the legal reason for my email to my approved people dated Sunday, June 13 was rejected today!! Thank you.

TRULINCS 61111054 - AL KASSAR, MONZER - Unit: MAR-I-A

----------------------------------------------------------------------------------------------------

FROM: 61111054
TO: CMU
SUBJECT: ***Request to Staff*** AL KASSAR, MONZER, Reg# 61111054, MAR-I-A
DATE: 07/01/2021 06:01:58 PM

To: Ms. K. Siereveld- C.M.U. Marion- Legal Department
Inmate Work Assignment: N/A

Kindly: I am requesting written confirmation that the two Incident Reports, both dated 10/26/2021, charging me with a Code 203 and Code 296A, were both expunged two days ago by the North Central Regional Office or by the DHO!! Thank you.

TRULINCS 61111054 - AL KASSAR, MONZER - Unit: MAR-I-A

----------------------------------------------------------------------------------------------------

FROM: 61111054
TO: CMU
SUBJECT: ***Request to Staff*** AL KASSAR, MONZER, Reg# 61111054, MAR-I-A
DATE: 07/01/2021 06:25:53 PM

To: My Intelligence Analyst at the C.T.U.
Inmate Work Assignment: N/A

I ask you kindly to release the 2 emails of October 21st. and October 24th. which was rejected and giving me wrongly two serious incident reports which now the North Central Regional Office in the D.H.O. hearing have expunged as having no basis:

1- Was addressed to President D. Trump, dated, October 21st., 2020, and copies to the people who been mentioned on that email to other (approved people on my list) and,

2- Was addressed to Robert Smolders and other approved people on my approval list which been mentioned in that email dated, October 24th., 2020 with title: "To Colin Luther Powell... Fear God".

Or, permit me to resend them again! Thank you.

Monzer Al-Kassar, #61111-054
United States Penitentiary
P.O. Box 1000
Marion IL 62959

U.S.A.



*Inside the Envelope*
*36 Legal Pages*

⟷61111-054⟷
Clerk Of District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

Clerk of the U.S. District Court
750 Missouri Avenue
E. Saint Louis, IL 62201





RECEIVED

JUN 21 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE